| | |
|---|---|
| UNITED STATES FOR THE USE OF AUBURN INDUSTRIAL INSULATION, INC.<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>DAVID R. NORTHRUP ELECTRICAL CONTRACTORS, INC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>Defendant(s), Respondent(s) | CLIENT: Russell Chernin, Esquire<br>INDEX NO.: 04 40159<br>DATE OF FILING: 8/19/2004<br><br>AFFIDAVIT OF SERVICE |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **August 24, 2004 at 1:50 PM at One Tower Square, Hartford, CT 06103**, deponent served the **Summons In A Civil Action and Complaint** upon **Travelers Casualty & Surety Company of America**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint** with **Barbara P. Eblen** a person who is known to be the **Legal Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **36-50** Height(Approx): **5'0" - 5'3"** Weight(Approx): **100-130 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Rich Zechiel, Private Process Server

Sworn to before me on August 25, 2004

Notary Public
My Commission Expires: 08/31/2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE

UNITED STATES for the use of
    AUBURN INDUSTRIAL INSULATION, INC.

V.

DAVID R. NORTHUP ELECTRICAL CONTRACTORS, INC.
TRAVELERS CASUALTY AND SURETY COMPANY
    OF AMERICA

2004 AUG 31  P 1:16

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-40159

TO: (Name and address of Defendant)

    Travelers Casualty and Surety Co. of America
    One Tower Square
    Hartford, CT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Russell S. Chernin, Esq.
    390 Main Street
    Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              August 19, 2004
CLERK                                      DATE

_Kathleen Hassett_
(By) DEPUTY CLERK