AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

UNITED STATES for the use of
AUBURN INDUSTRIAL INSULATION, INC.

V.

DAVID R. NORTHUP ELECTRICAL CONTRACTORS, INC.
TRAVELERS CASUALTY AND SURETY
   OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-40159

TO: (Name and address of Defendant)   David R. Northup Electrical Contractors, Inc.
73 Bowles Road
Agawam, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russell S. Chernin, Esquire
390 Main Street
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                           DATE   August 19, 2004

_Kathleen Hassett_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 27, 2004

I hereby certify and return that on 8/26/2004 at 12:30 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to LINDA NORTHRUP-VITRO, OFF. MGR., , agent, person in charge at the time of service for DAVID R. NORTHUP ELECTRICAL CONTRACTORS, INC., 73 BOWLES Road, AGAWAM, MA 01001.Conveyance ($1.50), Travel ($3.20), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $40.70

Deputy Sheriff  DAVID K. TENNEY                    _____
                                                                        Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                           Signature of Server

                                   _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.