UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES for the use of<br>AUBURN INDUSTRIAL INSULATION, INC.,<br>Plaintiff<br><br>V.<br><br>DAVID R. NORTHUP ELECTRICAL<br>CONTRACTORS, INC.,<br>TRAVELERS CASUALTY and SURETY COMPANY<br>OF AMERICA,<br>Defendants | Civil Action No.: 04-40159 |

### AFFIDAVIT OF SERVICE

I, Russell S. Chernin, under oath, do swear and depose as follows:

1. Pursuant to the rules of civil procedure, I served a copy of the summons and complaint upon the U.S. Attorney by mailing same addressed to Civil Process Clerk, Office of the U.S. Attorney, 1 Courthouse Way, Boston, MA 02210, postage prepaid, certified mail. A copy of the return receipt is attached hereto.

2. Pursuant to the rules of civil procedure, I served a copy of the summons and complaint upon the Attorney General of the United States by mailing same addressed to Office of the Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Suite 4545, Washington, DC 20530, postage prepaid, certified mail. A copy of the return receipt is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th day of August, 2004.

_____
Russell S. Chernin