# United States District Court

## Central Section

### District of Massachusetts

Case No. 04-40159

UNITED STATES for the use of
AUBURN INDUSTRIAL INSULATION, INC,

                        PLAINTIFF

V.

DAVID B. NORTHUP ELECTRICAL CONTRACTORS, INC., ET AL

                        Defendant

Answer to the Complaint

Counterclaim

The Defendant, David B. Northup (Northup) answers the complaint as follows:

### Count I

1. Northup admits to all allegations in Paragraphs 1-10.
2. Northup denies all allegations in Paragraphs 11, 12, 13 and 14.

### Count II

3. Northup denies all allegations in Paragraphs, 15, 16, 17, and 18.

### Count III

4. Northup denies the allegations in Paragraph 19.
5. Northup admits to Paragraph 20
6. Northup is without sufficient knowledge to admit or deny Paragraph 21.
7. Northup denies Paragraph 22.

### Defenses

8. Northup has paid for all work and materials supplied to date.
9. Plaintiff has failed to complete its work
10. On August 10, 2004 Northup send a letter to Plaintiff (Exhibit 1) citing a final inspection

to be made which would produce a "punch list" of work to be completed by Plaintiff. This list was provided to Plaintiff who has not yet completed the ten items do be done by Plaintiff.

11. Plaintiff has instituted this action despite having received over $105,000, which equals 95% of the contract amount, knowing that it had not completed its work.

## COUNTERCLAIM

12. Plaintiff has caused the Defendant Northup to defend a frivolous claim to Defendant's detriment and costs.

13. This action was brought in bad faith and is in violation of M.G.L 93A. in that it attempts to force the Defendant to pay for goods and services not received which is a fraudulent and unfair business.

WHEREFORE Northup demands judgment for all its costs, expense and legal fees and punitive damages as determine by this Honorable Court as set forth in the aforesaid MGL 93A

Defendant agrees to have this case heard by a Magistrate and waives a right to a jury trial.

David R. Northup Electrical Contractors. Inc.
By _____
Its Attorney Philip Castleman
1145 Main Street
Springfield, MA 01103
(413) 731-7321
BBO # 078740