# United States District Court

**Central Section**       **District of Massachusetts**

**Case No. 04-40159**

UNITED STATES for the use of

AUBURN INDUSTRIAL INSULATION, INC,      **AMENDED**

                 PLAINTIFF               Answer to the Complaint

V.                                           Counterclaim

DAVID B. NORTHUP ELECTRICAL

CONTRACTORS, INC., ET AL

                 Defendant

The Defendants, David B. Northup (Northup) Electrical Contractors, Inc, and Travelers Casualty and Surety of America answers the complaint as follows:

### Count I

1. The Defendants admit to all allegations in Paragraphs 1-10.

2. The Defendants deny all allegations in Paragraphs 11, 12, 13 and 14.

### Count II

3. The Defendants deny all allegations in Paragraphs, 15, 16, 17, and 18.

### Count III

4. The Defendants deny the allegations in Paragraph 19.

5. The Defendants admit to Paragraph 20

6. The Defendants deny in part and admit in part to Paragraph 21.

7. The Defendants deny Paragraph 22.

### Defenses

8. Northup has paid for all work and materials supplied to date.

9. Plaintiff has failed to complete its work

10. On August 10, 2004 Northup send a letter to Plaintiff (Exhibit 1) citing a final inspection to be made which would produce a "punch list" of work to be completed by Plaintiff. This list was provided to Plaintiff who has not yet completed the ten items do be done by Plaintiff.

11. Plaintiff has instituted this action despite having received over $105,000, which equals 95% of the contract amount, knowing that it had not completed its work.

## COUNTERCLAIM

12. Plaintiff has caused the Defendant Northup to defend a frivolous claim to Defendant's detriment and costs.

13. This action was brought in bad faith and is in violation of M.G.L 93A. in that it attempts to force the Defendant to pay for goods and services not received which is a fraudulent and unfair business.

WHEREFORE Northup demands judgment for all its costs, expense and legal fees and punitive damages as determine by this Honorable Court as set forth in the aforesaid MGL 93A

Defendant agrees to have this case heard by a Magistrate and waives a right to a jury trial.

David R. Northup Electrical Contractors. Inc.
Travelers Casualty and Surety of America
By
Their Attorney Philip Castleman
1145 Main Street
Springfield, MA 01103
(413) 731-7321
BBO # 078740

# DAVID R. NORTHUP Electrical Contractors, Inc.

**Heating - Air Conditioning - Plumbing**
Electrical Licenses – MA #A7225, CT #101917
Plumbing Licenses – MA #10592, CT #279203

73 Bowles Road – P.O. Box 249
Agawam, Massachusetts 01001-0249
MA (413) 786-8930 - CT (860) 721-9113
FAX (413) 786-5984

August 10, 2004

VIA FASCIMILE
Russell S. Chernin
390 Main Street
Worcester, MA 01606

RE: Auburn Industrial Insulation, Inc., Balance Due $5,511.75, WARB Marine Training Center.

Dear Sir:

We are in receipt of your letter dated August 6, 2004.

Please be advised that our reduction in your client's retainage does not evidence satisfactory completion of the work performed. The reduction is a reflection of the reduction in retainage that we have received from the contractor on the subject project. And in fact we are not yet in receipt of the final punch list or project acceptance both of which will be forthcoming.

It is our understanding that a final site inspection was to have commenced on August 5, 2004. We anticipate preparation and receipt of the said punch list. At that time it will be decided if your client's performance was indeed satisfactory.

We trust that will answer any questions you may have about the balance owed your client and we further trust that you will agree that commencing suit is not appropriate at this time.

Very truly yours,

DAVID R. NORTHUP
ELECTRICAL CONTRACTORS, INC.

Linda Northup Vitro, Vice President

Cc: Travelers

LNV