UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES for the use of<br>  AUBURN INDUSTRIAL INSULATION, INC.,<br>                      Plaintiff<br><br>V.<br><br>DAVID R. NORTHUP ELECTRICAL<br>    CONTRACTORS, INC.,<br>TRAVELERS CASUALTY and SURETY COMPANY<br>    OF AMERICA,<br>                      Defendants | Civil Action No.: 04-40159 |

## PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIM

NOTE: The counterclaim begins as paragraph twelve of the amended answer.

1. Plaintiff, defendant-in-counterclaim, denies the allegations contained in paragraphs 12 and 13 of the counterclaim.

WHEREFORE, plaintiff, defendant-in-counterclaim, demands that the counterclaim be dismissed.

Respectfully submitted,

*[signature]*

Russell S. Chernin, Esq. (BBO: 082050)
390 Main Street
Worcester, MA 01608
(508) 753-8118
Counsel for Plaintiff/Defendant-
    in-counterclaim

## CERTIFICATE OF SERVICE

I hereby certify that on this day I sent a copy of the within pleading to Philip Castleman, Esq., 1145 Main Street, Springfield, MA 01103 postage prepaid, first class mail.

Date: 15 September 2004

Russell S. Chernin