UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES for the use of )
AUBURN INDUSTRIAL INSULATION, INC., )
                            Plaintiff )
                                    )
V.                                ) Civil Action No.: 04-40159
                                    )
DAVID R. NORTHUP ELECTRICAL )
   CONTRACTORS, INC., )
TRAVELERS CASUALTY and SURETY COMPANY )
   OF AMERICA, )
                             Defendants )

## STIPULATION OF DISMISSAL

The parties hereto hereby stipulate, pursuant to rule 41(a)(1)(ii) that this action on behalf of AUBURN INDUSTRIAL INSULATION, INC., plaintiff herein, be dismissed as to, DAVID R. NORTHUP ELECTRICAL CONTRACTORS, INC. and TRAVELERS CASUALTY and SURETY CO. OF AMERICA defendants herein, with prejudice and without costs.

The parties hereto hereby stipulate, pursuant to rule 41(a)(1)(ii) that the counterclaim on behalf of DAVID R. NORTHUP ELECTRICAL CONTRACTORS, INC. and TRAVELERS CASUALTY and SURETY CO. OF AMERICA, defendants, plaintiffs-in-counterclaim herein, be dismissed as to AUBURN INDUSTRIAL INSULATION, INC., plaintiff, defendant-in-counterclaim herein, with prejudice and without costs.

Respectfully submitted,

_____
Russell S. Chernin, Esq. (BBO: 082050)
390 Main Street
Worcester, MA 01608
(508) 753-8118
Counsel for Plaintiff

_____
Philip Castleman, Esq. (BBO: 078740)
1145 Main Street
Springfield, MA 01103
(413) 731-7321
Counsel for Defendants

Date: 13 Oct. 2004